IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


THE CINCINNATI INSURANCE          )
COMPANY; and APPLIED              )
TECHNICAL SERVICES, INC.          )          No. 3-11-1169
                                  )
v.                                )
                                  )
UNITED STATES LIABILITY           )
INSURANCE COMPANY d/b/a United     )
States Liability Group            )


O R D E R

In light of the defendant's notice of intent to use expert (Docket Entry No. 21), counsel for

the parties shall convene a telephone conference call with the Court on **Wednesday, April 4, 2012,**

**at 2:00 p.m., central time,** to be initiated by defendant's counsel,[1] to address scheduling deadlines

for disclosure and discovery of experts.

If counsel have scheduling conflicts with that date, they shall confer and call Ms. Jeanne

Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] That means that defendant's counsel shall get plaintiffs' counsel on the phone and call the
Court.