IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE CINCINNATI INSURANCE )
COMPANY; and APPLIED )
TECHNICAL SERVICES, INC. ) No. 3-11-1169
)
v. )
)
UNITED STATES LIABILITY )
INSURANCE COMPANY d/b/a United )
States Liability Group )

O R D E R

Pursuant to the order entered March 22, 2012 (Docket Entry No. 22), counsel for the parties called the Court on April 4, 2012, at which time the following matters were addressed:

1. The parties have scheduled private mediation on May 7, 2012.

2. The plaintiffs shall have until August 15, 2012, to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3. The defendant shall have until September 14, 2012, to serve Rule 26(a)(2) expert disclosures.

4. The plaintiffs shall have until October 15, 2012, to serve any rebuttal Rule 26(a)(2) expert disclosures if necessary.

5. All expert discovery, along with all fact discovery, shall be completed by November 15, 2011.

The deadlines provided in the orders entered March 19, 2012 (Docket Entry Nos. 18-19), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge