IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE CINCINNATI INSURANCE )
COMPANY; and APPLIED )
TECHNICAL SERVICES, INC. ) No. 3-11-1169
)
v. )
)
UNITED STATES LIABILITY )
INSURANCE COMPANY d/b/a United )
States Liability Group )

O R D E R

Counsel for the parties called the Court on March 4, 2013, at which time the following matters were addressed:

1. The non-jury trial is RESCHEDULED from April 9, 2013, to **Thursday, May 23, 2013, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville. The parties anticipate that the trial will last one (1) day.

The pretrial conference is also RESCHEDULED from March 28, 2013, to **Thursday, May 16, 2013, at 2:30 p.m.,** in Courtroom 764.

By April 19, 2013, counsel shall advise opposing counsel of those portions of any depositions to be read at trial or those portions of video depositions to be viewed at trial, in accord with Rule 26(a)(3)(A)(ii) of the Federal Rules of Civil Procedure, and shall serve a list of the expected witnesses and exhibits in accord with Rule 26(a)(3)(A)(i) and (iii) of the Federal Rules of Civil Procedure.[1]

By April 29, 2013, the parties shall file any motions in limine, any evidentiary objections to deposition testimony, in accord with Local Rule 39.01(d)(1) and Rule 26(a)(3)(B), and any objections to proposed exhibits in accord with Rule 26(a)(3)(B).

---

[1] The parties have already filed witness and exhibit lists (Docket Entry Nos. 40-41), and do not need to re-file those lists unless there are any changes.

Any responses to such motions in limine, and any responses to objections to deposition testimony and proposed exhibits shall be filed by May 9, 2013.

By May 9, 2013, the parties shall also:

1. Submit a proposed joint pretrial order;[2]

2. File and serve their respective final witness and exhibit lists; and

3. File a listing of all agreed stipulations.

A deadline for filing pretrial briefs will be established at the pretrial conference, if appropriate.

The parties shall premark all exhibits and comply with Local Rule 39.01(c)(4).

It is so ORDERED.

*[signature]*
JULIET GRIFFIN
United States Magistrate Judge

---

[2] The pretrial order shall contain (1) a recitation that the pleadings are amended to conform to the pretrial order and that the pretrial order supplants the pleadings; (2) a short summary of the plaintiffs' theory (no more than one page); (3) a short summary of the defendant's theory (no more than one page); (4) the issues to be submitted to the Court; (5) any anticipated evidentiary issues; and (6) a statement that the parties have complied with the provisions of this order.