IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY; and | ) | |
| APPLIED TECHNICAL SERVICES, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:11-1169 |
| | ) | |
| UNITED STATES LIABILITY INSURANCE | ) | |
| COMPANY d/b/a United States Liability | ) | |
| Group | ) | |

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Motion for Summary

Judgment (Docket Entry No. 26) filed by Defendant United States Liability Insurance Company is

GRANTED and this action is DISMISSED WITH PREJUDICE.

The May 16, 2013, pretrial conference and the May 23, 2013, trial are CANCELLED.

The entry of this Order shall constitute the final judgment in this case.


JULIET GRIFFIN
United States Magistrate Judge