UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

The Cincinnati Insurance Company, et al. )
)
)
v. ) No. 3:11-cv-1169
) Magistrate Judge Griffin
United States Liability Insurance Company )
)

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/21/2013.

    KEITH THROCKMORTON, CLERK
    s/Dalaina Thompson, Deputy Clerk